IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR188-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MONICA VINSON SMITH. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and CHARLOTTE METRO CREDIT UNION:

A judgment was entered on May 25, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Monica Vinson Smith, aka/Monica Vinson, aka/Monica Vincent, aka/Monica Hollis, whose last known address is XXXXXXXXXXXXXXXX, Charlotte, NC 28208, in the sum of $525,370.00. The balance on the account as of July 28, 2011, is $525,370.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Charlotte Metro Credit Union is commanded to **turn over property** in which the Defendant, Monica Vinson Smith, aka/Monica Vinson, aka/Monica Vincent, aka/Monica Hollis, has a substantial nonexempt interest, the said property being funds located in Charlotte Metro Credit Union accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Monica Vinson Smith, aka/Monica Vinson, aka/Monica Vincent, aka/Monica Hollis, at the following address: Charlotte Metro Credit Union, 718 Central Avenue, Charlotte, NC 28204.

**SO ORDERED**.　　　　　　　　　Signed: August 17, 2011

David S. Cayer
United States Magistrate Judge